479 A.2d 1106

Commonwealth v. Schempp, Appellant.

Submitted February 27, 1984. Douglas G. Linn, II, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.

479 A.2d 1106

Commonwealth v. Shaheen, Appellant.

Submitted May 4, 1984. G. Scott Gardner, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.